# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

IN RE: _Cash Brown-Harris_                :

                                 :   **Case No.** _22-55367_

                                 :   **Chapter** _7_

           **Debtor**          :

                                 :

## STATEMENT REGARDING PAYMENT ADVICES (11 U.S.C. §521(a)(1))

I, the undersigned debtor, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

- [x] I am unemployed; or
- [ ] I am self-employed; or
- [ ] My employer did not provide pay stubs.
- [ ] Other

_____

Dated: _07/25/2022_                         _Cash Brown-Harris_

                                                Debtor